**EXHIBIT**

_____3_____

IN THE CIRCUIT COURT FOR SEMINOLE COUNTY,
FLORIDA                    PROBATE DIVISION

                           FILE NO.
                           10-CP-0173

IN RE:

JAMES WALTHER REVOCABLE LIFE
INSURANCE TRUST AGREEMENT DATED
APRIL 24, 1953,

ADVERSARY PROCEEDING

KATHARINE WALTHER BAIN AND
HOWARD WALTHER, AS ATTORNEYS
IN FACT FOR DOROTHY B. WALTHER,

Petitioners,

v.

PATRICK B. WALTHER, THE TRUSTEE OF
THE JAMES WALTHER REVOCABLE LIFE
INSURANCE TRUST AGREEMENT DATED
APRIL 24, 1953

Respondent,
_____/

## REPORT

ROBERT K. McINTOSH, as Temporary Co-Trustee, reports as follows:

1. ROBERT K. McINTOSH on March 2, 2010 was appointed as Temporary Co-Trustee of the James Walther Revocable Life Insurance Trust Agreement dated April 24, 1953 "the Trust".

2. That since his appointment as Temporary Co-Trustee ROBERT K. McINTOSH has performed the following:

   a) Spoke with all counsel concerning the status of this matter;
   b) Correspondence was forwarded requesting information. See attached;
   c) Reviewed 1953 Trust;
   d) Reviewed related legal documents – power of attorneys;
   e) Reviewed Trust accountings from 2000-2009;
   f) Reviewed individual income tax returns provided of DOROTHY WALTHER;

g) Reviewed pleadings provided from the two current causes of action here in Florida related to this Trust;
h) Reviewed various documentation related to this matter provided - correspondence, list of parties, timelines etc.;
i) Reviewed Seminole County Property Appraiser's records and information related to real estate of DOROTHY WALTHER;
j) Site visit to rental property containing trust records;
k) Reviewed current Morgan Stanley Investment Statement of the Trust and spoke briefly with financial adviser, BILL PAYNTER;
l) Met with members of DOROTHY WALTHER's family in Florida - PATRICK WALTHER, ROBERT WALTHER, and RICHARD WALTHER;
m) Met with various members of DOROTHY WALTHER's family in California, including HOWARD WALTHER, KATHARINE BAIN, ROBERT BOGERT, CAROL BOGERT STRONG, ROSS BOGERT and others;
n) Met with DOROTHY WALTHER in California in both a family setting and privately over the course of two days;
o) Reviewed recent conservatorship petition filed in California as to DOROTHY WALTHER - see attached; and
p) Correspondence was forwarded to Attorney Steven Kane as to disbursements due from the Trust to DOROTHY WALTHER, verification of income for DOROTHY WALTHER, status of taxes, and verification of beneficiary information as to the Trust's insurance policy - see attached correspondence.

3. Based on the above actions ROBERT K. McINTOSH reports as follows:

a) Pursuant to Order of this Court a trip was made to California and a meeting was had with DOROTHY WALTHER. DOROTHY WALTHER advises that she is in California voluntarily and plans on remaining there. She further advises that her brother, ROBERT BOGERT, is assisting her at this time and she is well cared for. She desires the income due her from the Trust and is fine with it being paid as previous monies were paid to her by Order of this Court. Finally, she advises that it is her desire that her privacy be maintained as much as possible. My observations confirm that she is voluntarily in California and well cared for. Based on these observations I have directed that monies due her be released to her as previously accomplished by prior Order of this Court.

b)  That based on the conference with DOROTHY WALTHER the attached correspondence dated April 5, 2010 and April 9, 2010 were forwarded to STEVEN H. KANE as to disbursements due DOROTHY WALTHER and other related matters;

c)  That current Trust expenditures which appear to be required at this time are disbursements due to DOROTHY WALTHER and rental payments on the office where the Trust records are maintained, at the present time; and

d)  That it is noted the conservatorship proceedings in California will have a future bearing on the handling of the affairs of DOROTHY WALTHER. A hearing time is scheduled on May 4, 2010 in California on the conservatorship.

4.  That ROBERT K. McINTOSH stands ready to appear before this Court to provide whatever further information this Court may desire.

5.  That ROBERT K. McINTOSH seeks direction from this Court as to what further role, if any, he may play in this action based on the fact he has met with DOROTHY WALTHER in California and now that there is a conservatorship proceeding initiated in California.

ROBERT K. McINTOSH, Esquire
Florida Bar No.376302
STENSTROM, McINTOSH, COLBERT,
WHIGHAM & PARTLOW, P.A.
1001 Heathrow Park Lane, Suite 4001
Lake Mary, Florida 32746
Telephone: (407)322-2171
Facsimile: (407)330-2379

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Steven H. Kane, Esquire, KANE & KOLTUN, 557 N. Wymore Road, Ste 100, Maitland, FL 32751-4200; Paul R. Linder, Esquire, GRIFFIN & LINDER, P.A., 28 East Washington Street, Orlando, FL 32801-2311; and Richard Scott Geller, Esquire, FISHBACK, DOMINICK, 1947 Lee Road, Winter Park, Florida 32789 this ____ day of April, 2010.

ROBERT K. McINTOSH, Esquire